UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X

Trustees of the Plumbers & Steamfitters
Local 21 Benefit Funds,

Plaintiff,

26-CV-03345 (KMK)

-v-

CALENDAR NOTICE

Carrier Corporation,

Defendants.
---------------------------------------------------X

Please take notice that the above captioned action has been scheduled for an initial conference before the Honorable Kenneth M. Karas, United States District Judge, on Thursday, October 1, 2026 at 10:00 a.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number at the designated time:

Meeting Dial-In Number (USA toll-free): (605) 472-5160 Access Code 4653066

Please enter the conference as a guest by pressing the pound sign (#).

Counsel involved in any Pro Se cases shall mail a copy of this Notice to or otherwise inform the Pro Se party of the above teleconference information. Counsel in any Pro Se inmate cases shall ensure that the Pro Se party is on the line before calling the above-referenced number. Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

Dated: September 22, 2026
White Plains, New York

So Ordered

Kenneth M. Karas, U.S.D.J